**FILED**

**MARCH 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the UNITED STATES DISTRICT COURT
For the NORTHERN DISTRICT OF ILLINOIS

ALI FAROOQ and NABIHA FAROOQ,

        Plaintiffs,

    v.

RUTH DOROCHOFF, Chicago District
Director, U.S. Citizenship & Immigration
Services; MICHAEL CHERTOFF, Secretary of
Homeland Security; GERARD HEINAUER,
Director of the Nebraska Service Center for the
United States Citizenship & Immigration
Services; EMILIO T. GONZALEZ, Director of
the United States Citizenship & Immigration
Services; MICHAEL B. MUKASEY, Attorney
General of the United States,

        Defendants.

Case No.

Civil Action

**08 C 1688**

**JUDGE CONLON
MAGISTRATE JUDGE MASON**

## COMPLAINT FOR WRIT OF MANDAMUS

NOW COME Plaintiffs, ALI FAROOQ ("Farooq") and NABIHA FAROOQ ('collectively

"the Farooqs"), by and through their attorneys, AZULAYSEIDEN LAW GROUP, and as for their

Complaint for Writ of Mandamus against Defendants state as follows:

## NATURE OF COMPLAINT

1.      On March 3, 2003 Plaintiffs, Farooq and his wife, Pakistani citizens legally in the

United States filed two valid employment-based Applications for Lawful Permanent Resident

Status ("Form I-485") with the United States Citizenship & Immigration Services ("USCIS" or

"the Service") in Lincoln, Nebraska, as residents of Illinois. Defendants have failed to adjudicate

either of the Applications since 2003 despite repeated requests, and to the Farooqs' manifest

detriment. Plaintiffs bring this suit to compel Defendants to finally make a decision on their I-485

Applications.

## PARTIES

2.      Plaintiffs Ali Farooq and Nabiha Farooq are natives and citizens of Pakistan who legally entered the United States with F-1 student and F-2 dependent visas, respectively.  They have remained in valid status both prior to and since the filing of their Applications in March 2003. On March 3, 2003 the Farooqs filed Forms I-485, he as the direct beneficiary of an approved I-140 Immigrant Petition for Alien Worker, and she as his derivative accompanying spouse.  They are residents of Dunlap, Illinois.  Both applications are within the jurisdiction of USCIS in Chicago, Illinois.

3.      Defendant Ruth Dorochoff ("Dorochoff") is the District Director of Chicago USCIS and is being sued in her official capacity only. Dorochoff is charged with supervisory authority over all of Chicago USCIS operations and USCIS agents and officers acting in their official capacity.

4.      Defendant Michael Chertoff ("Chertoff") is the United States Secretary of Homeland Security and is the head of the Department of Homeland Security ("DHS").  He is sued in his official capacity.  DHS is a Cabinet department of the United States federal government and is responsible for protecting the territory of the United States from terrorist attacks and responding to natural disasters.  Chertoff is responsible for the adjudication of the Farooqs' Applications pursuant to 8 USC §1225.

5.      Defendant Gerard Heinauer ("Heinauer") is the Director of the Nebraska Service Center for USCIS.  He is sued in his official capacity.  USCIS is a federal agency under the aegis of DHS and is responsible for the administration of immigration and naturalization adjudication functions and establishing immigration services policies and priorities, including, *inter alia*,

adjudication of immigrant visa petitions; adjudication of naturalization petitions; adjudication of asylum and refugee applications; adjudications performed at the service centers; and all other adjudications previously performed by the United States Immigration and Naturalization Service ("INS").

6.      Defendant Emilio T. Gonzalez ("Gonzalez") is the Director of USCIS.  He is sued in his official capacity.

7.      Defendant Michael B. Mukasey ("Mukasey") is the Attorney General of the United States and the head of the Department of Justice.  He is sued in his official capacity.  Mukasey is responsible for the adjudication of the Farooqs' Applications pursuant to 8 USC. §1225.

<u>JURISDICTION</u>

8.      This Court has original jurisdiction to hear both civil actions arising under the laws of the United States and actions to compel an officer or employee of the United States or any agency thereof to perform a duty.   28 USC §1331; 28 USC §1361. This Court also has jurisdiction to grant declaratory relief pursuant to 28 USC §§2201-2202.

9.      Additionally, this Court has jurisdiction under §706(1) of the APA to compel agency action unlawfully withheld or unreasonably delayed, here, where Defendants have violated §555(b) of the APA for failure to conclude a matter within a reasonable time.  Relief is requested pursuant to said statutes.

10.      This action is brought to compel Defendants, who are officers of the United States, to perform their duties arising under the law of the United States.

11.     This Court has jurisdiction to hear actions arising from claims that an agency or an officer or employee of a government agency failed to act in its official capacity and the person to whom the duty owed suffered a legal wrong.  5 USC §702.

12.     This action further invokes the Farooqs' right of due process under the Fifth Amendment of the United States Constitution, a claim that grants this Court jurisdiction. 28 USC §1331.

13.     Moreover, federal courts maintain jurisdiction over adjudication matters when USCIS refuses to adjudicate their applications.  *Iddir v. INS*, 166 F. Supp. 2d 1250, 1260 (N.D. Ill. 2001).

14.     Furthermore, this Court maintains jurisdiction because the Farooqs seeks to have their Applications adjudicated, which is among the duties conferred upon Defendants by Congress.  *Id.* at 1256.  The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") does not divest this Court of jurisdiction because the Farooqs are not seeking a review of a denial; they are merely seeking to have their Applications adjudicated.

<u>**VENUE**</u>

15.     Venue is proper in this Court pursuant to 28 USC §1391(e) in that this is an action against officers and agencies of the United States in their official capacities, brought in the district where Defendant Dorochoff resides, and where a substantial part of the events or omissions giving rise to the Farooqs' claim occurred.

16.     The Farooqs' Forms I-485 were properly filed and, to the Farooqs' knowledge, remain pending with the Nebraska USCIS Director.

<u>**EXHAUSTION OF REMEDIES**</u>

17.    The Farooqs have exhausted all administrative remedies.    Farooq has made numerous inquiries concerning the status of their Applications, and Defendants have failed to properly respond.

<u>CAUSE OF ACTION</u>

18.    The Farooqs are natives and citizens of Pakistan and validly entered and remained in the United States.

19.    On October 22, 2002, USCIS issued an Approval Notice of the I-140 Immigrant Petition for Alien Worker as a Programmer Analyst, as certified by the Department of Labor.    A true and correct copy of this Receipt Notice and Labor Certification Final Determination are attached hereto as **Exhibit A**.

20.    On March 3, 2003 the Farooqs filed two employment-based Forms I-485 on their own behalf, both of which remain pending with USCIS in Chicago, Illinois.

21.    USCIS issued a receipt notice for Ali Farooq's Form I-485 on or about April 8, 2003.    A true and correct copy of this Receipt Notice is attached hereto as **Exhibit B**.

22.    USCIS issued a receipt notice for Nabiha Farooq's Form I-485 on or about April 9, 2003.    A true and correct copy of this correspondence is attached hereto as **Exhibit C**.

23.    On or about July 19, 2005, Senator Richard J. Durbin ("Sen. Durbin") responded to Farooq indicating that his office contacted USCIS regarding the status of the Farooqs' case.    A true and correct copy of this correspondence is attached hereto as **Exhibit D**.

24.    On or about July 21, 2005, Senator Barack Obama ("Sen. Obama") responded to Farooq indicating that his office contacted USCIS regarding the status of the Farooqs' case.    A true and correct copy of this correspondence is attached hereto as **Exhibit E**.

25.    On or about August 15, 2005, Congressman Ray LaHood ("Rep. LaHood") responded to Farooq indicating that his office contacted USCIS regarding the status of the Farooqs' case.  On or about August 31, 2005, Rep. LaHood wrote to Farooq to inform him that USCIS and its Nebraska Service Center indicated that his case was pending the completion of his security background check.  A true and correct copy of Rep. LaHood's correspondence to Farooq indicating USCIS's response is attached hereto as **Exhibit F**.

26.    On or about October 3, 2005, USCIS responded to the Farooqs' inquiry into the status of their pending Applications, indicating that "the processing of your case has been delayed [because USCIS is] awaiting the results of required security checks on the case."  A true and correct copy of this correspondence is attached hereto as **Exhibit G**.

27.    On or about February 28, 2006, Farooq received a correspondence from Rep. LaHood indicating that USCIS had communicated to the congressman that the Farooqs' case continued to be delayed as the FBI's background investigation had still not yet been completed.  A true and correct copy of this correspondence is attached hereto as **Exhibit H**.

28.    On May 19, 2006, the Farooqs attended their biometrics fingerprinting appointment.  A true and correct copy of their stamped appointment notices are attached hereto as **Exhibit I.**

29.    On or about October 3, 2006, USCIS responded to the Farooqs' inquiry into the status of their pending Applications, indicating that "the processing of your case has been delayed [because] the required investigation into [the Farooqs'] background remains open."  A true and correct copy of this correspondence is attached hereto as **Exhibit J**.

30.    On or about October 13, 2006, Farooq received a correspondence from Rep. LaHood indicating that USCIS had communicated to the congressman that the Farooqs' case continued to be delayed as the FBI's background investigation had still not been completed. A true and co copy of this correspondence is attached hereto as **Exhibit K**.

31.    On or about February 7, 2007, USCIS responded to the Farooqs' inquiry into the status of their pending Applications, indicating that "the processing of your case has been delayed [because] the required investigation into [the Farooqs'] background remains open." A true and correct copy of this correspondence is attached hereto as **Exhibit L**.

32.    Prior to February 15, 2007, Farooq had filed a Freedom of Information ("FOIA") request with the FBI regarding the status of his background check.

33.    On or about February 15, 2007, Farooq received a correspondence from the FBI indicating that no documents had been located responsive to his request. A true and correct copy of this correspondence is attached hereto as **Exhibit M**.

34.    On or about February 28, 2007, Farooq received a response to his inquiry from DHS indicating that the USCIS Ombudsman had initiated a formal inquiry into the status of the Farooqs' case. A true and correct copy of this correspondence is attached hereto as **Exhibit N**.

35.    On or about May 15, 2007 Farooq received a correspondence from Rep. LaHood indicating that the congressman had sent Defendant Heinauer a request to complete the background check and decide on the pending Applications. A true and correct copy of this correspondence is attached hereto as **Exhibit O**.

36.    On or about September 4, 2007, Farooq received a correspondence from Rep. LaHood indicating that USCIS had communicated to the congressman that the Farooqs' case

continued to be delayed as the FBI's background investigation had still not been completed. A true and correct copy of this correspondence is attached hereto as **Exhibit P**.

37.    On or about December 6, 2007, Farooq received a correspondence from Rep. LaHood indicating that the FBI had communicated to the congressman that the FBI had received USCIS's request for a name check on the Farooqs' case on March 20, 2003, and that the name check request was still being processed. A true and co copy of this correspondence is attached hereto as **Exhibit Q.**.

38.    On or about December 14, 2007, Farooq received a correspondence from Rep. LaHood indicating that USCIS had communicated to the congressman that the FBI had still not completed its background check in the Farooqs' case. A true and correct copy of this correspondence is attached hereto as **Exhibit R.**

39.    On or about February 26, 2008, Farooq received correspondence from Rep.LaHood indicating that his FBI name check was completed on January 25, 2008. A true and correct copy of this correspondence is attached hereto as **Exhibit S.**

40.    The Farooqs have been greatly damaged by the failure of Defendants to act in accordance with their duties under law. Their abilities to work and travel are limited by the need to seek employment authorization and advance parole, respectively, and at increasing cost as the USCIS filing fees for these applications rise. The Farooqs have meritorious Applications, which cannot be adjudicated because of Defendants' refusal to do so.

41.    Defendants' more than five-year delay in the processing of the Farooqs' Applications has further deprived the Farooqs of their right to due process under the law as provided by the Fifth Amendment of the United States Constitution.

42.     Defendants, in violation of the Administrative Procedure Act, 5 USC. §701, *et seq.*, are unlawfully withholding and unreasonably delaying action on the Farooqs' Applications and have subsequently failed to carry out the adjudicative functions delegated to them by law with regard to the Farooqs' case. *Kamal v. Gonzales, et al.*, No. 07- C 4840, 2008 WL 597279, at *8 (N.D. Il. Mar. 3, 2008) (USCIS' more than five-year long delay is unreasonable).

43.     The Farooqs have made numerous status inquiries in the attempt to secure adjudication of their Applications, all to no avail.  Accordingly, the Farooqs have been forced to pursue the instant action.

<u>REQUEST FOR RELIEF</u>

WHEREFORE, the Farooqs requests that this Honorable Court enter an order:

(a)     Requiring Defendants to adjudicate the Farooqs' Applications for Lawful Permanent Resident Status (Form I-485);

(b)     Awarding the Farooqs reasonable attorney's fees pursuant to 28 USC §2412 for failure of Defendants to perform their duties within a reasonable amount of time; and

(c)     Granting such other relief at law and in equity as justice may so require.

Respectfully submitted,

s/Taiyyeba Safri

Taiyyeba Safri
AZULAYSEIDEN LAW GROUP
Counsel for Plaintiff
205 North Michigan Avenue, 40th Floor
Chicago, Illinois 60601
312.832.9200

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

### THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER SRC-02-161-53206 | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER |
| RECEIPT DATE April 30, 2002 | PRIORITY DATE October 10, 2001 | PETITIONER FAROOQ, ALI |
| NOTICE DATE October 22, 2002 | PAGE 1 of 1 | BENEFICIARY A95 889 540 FAROOQ, ALI |

**08 C 1688**

WILLIAM J. SANCHEZ ESQ
10621 N KENDALL DR STE 211
MIAMI FL 33176

Notice Type: Approval Notice
Section: Skilled Worker or
Professional,
Sec.203(b)(3)(A)(i) or (ii)

**JUDGE CONLON**
**MAGISTRATE JUDGE MASON**

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851400    DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (214) 381-1423



Form I-797 (Rev. 09/07/93)N

09/26/2005  22:24  3052328615   FLORIDA IMMIGRATION   PAGE  01/02

**U.S. DEPARTMENT OF LABOR**
**EMPLOYMENT AND TRAINING ADMINISTRATION**
Atlanta Federal Center
61 Forsyth Street, S.W.
Suite 6M-12
Atlanta, Georgia  30303

**FINAL DETERMINATION**

In reply refer to:  EJS

P2001-FL-04383360

<u>ALI FAROOQ</u>
Alien's Name

April 2, 2002

<u>Programmer Analyst</u>
Alien's Occupation

AL-FAROOQ CORPORATION
WILLIAM SANCHEZ
10621 NORTH KENDALL DRIVE STE. 211
MIAMI, FL  33176

<u>September 10, 2001</u>
Date of Acceptance for Processing

The Department of Labor has made a determination on your Application for Employment Certification pursuant to Title 20, <u>Code of Federal Regulations</u>, Part 656, and as required by the Immigration and Nationality Act, as amended.

<u>Form ETA 750 has been certified and is enclosed</u>. This certification must be attached to the I-140 petition and filed with the appropriate Immigration and Naturalization Service, U.S. Department of Justice.  Petitioners should send documents to the:

USINS TSC
Post Office Box 852135
Mesquite, Texas 75185-2135

for consideration with your petition (Form I-140).

Sincerely,

FLOYD GOODMAN
Certifying Officer

cc:     State ES Agency

Attachments: ETA 750A, ETA 750B

ETA 7145PA(REV.MAR. 1990)

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I485   APPLICATION TO ADJUST TO PERMANENT |
|---|---|
| LIN-03-121-52050 | RESIDENT STATUS |
| RECEIVED DATE March 3, 2003 | PRIORITY DATE | APPLICANT   A95 889 540 |
| | | FAROOQ, ALI |
| NOTICE DATE April 8, 2003 | PAGE 1 of 1 | |

**08 C 1688**

WILLIAM J. SANCHEZ PA
10621 N KENDALL DR SUITE 211
MIAMI FL 33176

Notice Type:  Receipt Notice

Fee Previously Collected
Section: Adjustment as direct
beneficiary of immigrant
petition

**JUDGE CONLON**
**MAGISTRATE JUDGE MASON**

The above application or petition has been received.  It usually takes 450 to 480 days from the date of this receipt for
us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number
402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone
and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and
Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are
hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get up-to-date case status
information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



Form I-797C (Rev. 09/07/93) N

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>LIN-03-121-52324 | **CASE TYPE** I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
| **RECEIVED DATE**<br>March 3, 2003 | **PRIORITY DATE** | **APPLICANT** A96 491 775<br>FAROOQ, NABIHA A. |
| **NOTICE DATE**<br>April 9, 2003 | **PAGE**<br>1 of 1 | |

**08 C 1688**

WILLIAM J. SANCHEZ PA
10621 N KENDALL DR SUITE 211
MIAMI FL 33176

**Notice Type:** Receipt Notice

Fee Previously Collected

Section: Derivative

**JUDGE CONLON**
**MAGISTRATE JUDGE MASON**

The above application or petition has been received. It usually takes 450 to 480 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7630 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U.S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7630



Form I-797C (Rev. 09/07/93) N

RICHARD J. DURBIN
ILLINOIS

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON RULES
AND ADMINISTRATION

ASSISTANT DEMOCRATIC
LEADER

### United States Senate
#### Washington, DC 20510–1304

July 19, 2005

332 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510–1304
(202) 224-2152
TTY (202) 224-8180

230 SOUTH DEARBORN, 38TH FLOOR
CHICAGO, IL 60604
(312) 353-4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-4062

701 NORTH COURT STREET
MARION, IL 62959
(618) 998-8812

durbin.senate.gov

**MJC**

Mr. Ali Farooq
7400 N. Villa Lake Drive Apt. J-3
Peoria, IL  61614

**08 C 1688**

Dear Mr. Farooq:

This letter is to inform you that my office has contacted the United States Citizenship and Immigration Service-Nebraska Service Center regarding the status of your petition for permanent residency.  Please be assured that you will be contacted as soon as my office receives any information relating to your case.

Thank you for allowing me to assist you with this matter.  Please feel free to contact my assistant, Christina Rogers, if you have further questions or concerns.  Ms. Rogers may be reached in my Springfield district office at 217-492-4062.

Very truly yours,

Richard J. Durbin
United States Senator

RJD/CR

**JUDGE CONLON
MAGISTRATE JUDGE MASON**

COMMITTEES:
ENVIRONMENT AND
PUBLIC WORKS

FOREIGN RELATIONS

VETERANS' AFFAIRS

# United States Senate
WASHINGTON, DC 20510

**MJC**

July 21, 2005

Ali Farooq
7400 N. Villa Lake Drive
Peoria, Illinois 61614

**08 C 1688**

Dear Mr. Farooq:

Thank you for your correspondence requesting the help of my Senate office. My staff has submitted an inquiry to the Nebraska Service Center of the United States Citizenship and Immigration Services on your behalf. We have enclosed a copy of your Case Status Update, in which the USCIS guarantees a responce regarding your case within thirty (30) days of June 16th, 2005. If you have not received a response, please let my office know so that we can submit an inquiry on your behalf.

If you have additional information or concerns on your case, please contact Nubia Chaidez, a Constituent Service Agent in my Chicago office at 312-886-3506.

Sincerely,

Barack Obama
United States Senator

BO/jg/nc

**JUDGE CONLON
MAGISTRATE JUDGE MASON**



COMMITTEE ON
APPROPRIATIONS

SUBCOMMITTEE ON
AGRICULTURE, RURAL DEVELOPMENT,
FOOD AND DRUG ADMINISTRATION,
AND RELATED AGENCIES

VICE CHAIRMAN

SUBCOMMITTEE ON
THE DEPARTMENT OF
HOMELAND SECURITY

SUBCOMMITTEE ON
SCIENCE, THE DEPARTMENTS OF
STATE, JUSTICE, AND COMMERCE,
AND RELATED AGENCIES

PERMANENT SELECT
COMMITTEE ON
INTELLIGENCE

VICE CHAIRMAN

# CONGRESSMAN RAY LAHOOD

### 18TH DISTRICT, ILLINOIS

**MJC**

August 15, 2005

Mr. Ali Farooq
7400 North Villa Lake Dr Apt# J-3
Peoria, IL 61614

**08 C 1688**

Dear Ali:

Thank you for contacting my Peoria district office requesting my assistance with the status of your Application for Adjustment of Status (Form I-485).

I will be glad to help you in every way I can.  I have sent an inquiry to the Citizenship and Immigration Services (CIS), and I will be back in touch with you as soon as I receive a response within 30-45 working days.

In the meantime, if you have any questions or concerns, please call my Peoria office at the telephone number listed below and ask for my staff assistant, Andrea Stephens.

Sincerely,



Ray LaHood
Member of Congress

RHL/as

RESPOND TO:

☐ 1424 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-6201
FAX (202) 225-9249

☐ 100 NE MONROE
PEORIA, IL 61602
(309) 671-7027
FAX (309) 671-7309

☐ 3050 MONTVALE DRIVE
SPRINGFIELD, IL 62704
(217) 793-0808
FAX (217) 793-9724

☐ 209 WEST STATE
JACKSONVILLE, IL 62650
PHONE/TTY (217) 245-1431
FAX (217) 243-6852

INTERNET: WWW.HOUSE.GOV/LAHOOD/
PRINTED ON RECYCLED PAPER

**JUDGE CONLON**
**MAGISTRATE JUDGE MASON**



COMMITTEE ON
APPROPRIATIONS

SUBCOMMITTEE ON
AGRICULTURE, RURAL DEVELOPMENT,
FOOD AND DRUG ADMINISTRATION,
AND RELATED AGENCIES

VICE CHAIRMAN

SUBCOMMITTEE ON
THE DEPARTMENT OF
HOMELAND SECURITY

SUBCOMMITTEE ON
SCIENCE, THE DEPARTMENTS OF
STATE, JUSTICE, AND COMMERCE,
AND RELATED AGENCIES

PERMANENT SELECT
COMMITTEE ON
INTELLIGENCE

VICE CHAIRMAN

# CONGRESSMAN RAY LAHOOD

### 18TH DISTRICT, ILLINOIS

August 31, 2005

Mr. Ali Farooq
7400 North Villa Lake Dr Apt# J-3
Peoria, IL 61614

Dear Ali:

In response to my inquiry, the following information from the Citizenship and Immigration Services (CIS) Nebraska Service Center (NSC) was received regarding the status of your Application for Adjustment of Status (Form I-485).

According to the NSC, your case is held up pending the completion of your security background check. As soon as that check is complete, your case will be released for continued processing. If you have heard nothing further about your I-485 by November 30, 2005, I will do another inquiry to make sure everything is still properly pending.

Thank you for the opportunity to have been of assistance to you in this matter.

Sincerely,



Ray LaHood
Member of Congress

RHL/as

RESPOND TO:

☐ 1424 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-6201
FAX (202) 225-9249

☐ 100 NE MONROE
PEORIA, IL 61602
(309) 671-7027
FAX (309) 671-7309

☐ 3050 MONTVALE DRIVE
SPRINGFIELD, IL 62704
(217) 793-0808
FAX (217) 793-9724

☐ 209 WEST STATE
JACKSONVILLE, IL 62650
PHONE/TTY (217) 245-1431
FAX (217) 243-6852

INTERNET: WWW.HOUSE.GOV/LAHOOD/

PRINTED ON RECYCLED PAPER



**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

# U.S. Citizenship
# and Immigration
# Services

Monday, October 3, 2005

ALI FAROOQ
11014 N SERENE BLVD
DUNLAP IL 61525

<span style="color:red">**08 C 1688**</span>

Dear ALI FAROOQ:

On 09/30/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 03/03/2003 |
| **Receipt #:** | LIN-03-121-52050 |
| **Beneficiary (if you filed for someone else):** | FAROOQ, ALI |
| **Your USCIS Account Number (A-number):** | A095889540 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. We are currently awaiting the results of required security checks on this case. These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 10-03-2005 01:12 PM EDT - LIN-03-121-52050

<span style="color:red">**JUDGE CONLON**
**MAGISTRATE JUDGE MASON**</span>

U.S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S Citizenship
and Immigration
Services**
October 4, 2005
Refer To File No.
LIN0312152324

NAHIBA A FAROOQ
11014 N SERENE BLVD
DUNLAP IL 61525

**Dear Sir or Madam:**

In response to your referral inquiry, dated 10/3/05.

Your I-485 application is undergoing security checks and will be assigned to an Officer when this process is complete. You will be notified when a decision has been made or if additional information is needed. Your address has been changed in our system to that shown above.

If you have any further questions please feel free to contact the National Customer Service Center at their toll free number, 1-800-375-5283 or you may access the USCIS website at www.uscis.gov should you have any further questions or need additional information.

Sincerely,

Paul M. Pierre
Acting Director
NSC/ex052/ms

COMMITTEE ON
APPROPRIATIONS

SUBCOMMITTEE ON
AGRICULTURE, RURAL DEVELOPMENT,
FOOD AND DRUG ADMINISTRATION,
AND RELATED AGENCIES

VICE CHAIRMAN

SUBCOMMITTEE ON
THE DEPARTMENT OF
HOMELAND SECURITY

SUBCOMMITTEE ON
SCIENCE, THE DEPARTMENTS OF
STATE, JUSTICE, AND COMMERCE,
AND RELATED AGENCIES

PERMANENT SELECT
COMMITTEE ON
INTELLIGENCE

VICE CHAIRMAN



# CONGRESSMAN RAY LAHOOD

### 18TH DISTRICT, ILLINOIS

February 28, 2006

**08 C 1688**

Mr. Ali Farooq
7400 North Villa Lake Dr Apt# J-3
Peoria, IL 61614

**MJC**

Dear Ali:

In response to my inquiry, the following information from the Nebraska Service Center of the US Citizenship and Immigration Services (USCIS) was received regarding the status of your Application for Adjustment of Status (Form I-485).

According to the USCIS, your background investigation, conducted by the FBI, has not yet been completed. USCIS may not proceed with adjudication of your application until the FBI completes their process and the USCIS records are updated with the results. Every case pending a background investigation is checked weekly for results. USCIS is allowed to resubmit names to the FBI, if the background investigation has not cleared within 90 days. Due of the volume of this type of inquiry, I need to allow the process to take its course and give the FBI and USCIS 90 days before making additional inquiries on your behalf. If you have heard nothing further on your case by May 28, 2006, please call me again so I can make additional inquiries on your behalf.

Thank you for the opportunity to have been of assistance to you in this matter.

Sincerely,

Ray LaHood
Member of Congress

RHL/as

RESPOND TO:

☐ 1424 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-6201
FAX (202) 225-9249

☑ 100 NE MONROE
PEORIA, IL 61602
(309) 671-7027
FAX (309) 671-7309

☐ 3050 MONTVALE DRIVE
SPRINGFIELD, IL 62704
(217) 793-0808
FAX (217) 793-9724

☐ 209 WEST STATE
JACKSONVILLE, IL 62650
PHONE/TTY (217) 245-1431
FAX (217) 243-6852

INTERNET: WWW.HOUSE.GOV/LAHOOD/
PRINTED ON RECYCLED PAPER

**JUDGE CONLON
MAGISTRATE JUDGE MASON**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**



## THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | | APPLICATION NUMBER<br>LIN0312152050 | | NOTICE DATE<br>5/5/2006 |
|---|---|---|---|---|
| CASE TYPE<br>I485  Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER<br>590953196 | USCIS A#<br>A095889540 | CODE<br>1 |
| | | TCR | SERVICE CENTER<br>NSC | PAGE<br>1 of 1 |

ALI FAROOQ
11014 N SERENE BLVD
DUNLAP, IL 61525

**MJC**



<span style="color:red">**08 C 1688**</span>

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS NAPERVILLE | 05/19/2006 |
| 888 SOUTH ROUTE. 59 | 10:00 AM |
| #124 | |
| NAPERVILLE, IL 60540 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport,
driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

APPLICATION NUMBER 1

I485    -    LIN0312152050



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

LIFE ACT PROCESSING STAMP

ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON
QA REVIEW BY:
ON    MAY 1 9 2006

<span style="color:red">**JUDGE CONLON**</span>
<span style="color:red">**MAGISTRATE JUDGE MASON**</span>

Form I-797C (Rev. 01/31/05) N

## THE UNITED STATES OF AMERICA

# ASC Appointment Notice

| | | |
|---|---|---|
| | APPLICATION NUMBER<br>LIN0312152324 | NOTICE DATE<br>5/5/2006 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A#<br>A096491775 | CODE<br>1 |
|---|---|---|---|
| I485  Application to Register Permanent Resident or Adjust Status | TCR | SERVICE CENTER<br>NSC | PAGE<br>1 of 1 |

NABIHA A FAROOQ
11014 N SERENE BLVD
DUNLAP, IL 61525



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS NAPERVILLE | 05/19/2006 |
| 888 SOUTH ROUTE. 59 | 10:00 AM |
| #124 | |
| NAPERVILLE, IL 60540 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

APPLICATION NUMBER I
I485   -  LIN0312152324



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

LIFE ACT FRC
DENT STAMP

ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
ON                 MAY 19 2006

Form I-797C (Rev. 01/31/05) N



**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

## U.S. Citizenship and Immigration Services

Monday, October 3, 2005

ALI FAROOQ
11014 N SERENE BLVD
DUNLAP IL 61525

Dear ALI FAROOQ:

**08 C 1688**

On 09/30/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 03/03/2003 |
| **Receipt #:** | LIN-03-121-52050 |
| **Beneficiary (if you filed for someone else):** | FAROOQ, ALI |
| **Your USCIS Account Number (A-number):** | A095889540 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. We are currently awaiting the results of required security checks on this case. These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 10-03-2005 01:12 PM EDT - LIN-03-121-52050

**JUDGE CONLON**
**MAGISTRATE JUDGE MASON**

U.S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S Citizenship**
**and Immigration**
**Services**
October 4, 2005
Refer To File No.
LIN0312152324

NAHIBA A FAROOQ
11014 N SERENE BLVD
DUNLAP IL 61525

**Dear Sir or Madam:**

In response to your referral inquiry, dated 10/3/05.

Your I-485 application is undergoing security checks and will be assigned to an Officer when this process is complete. You will be notified when a decision has been made or if additional information is needed. Your address has been changed in our system to that shown above.

If you have any further questions please feel free to contact the National Customer Service Center at their toll free number, 1-800-375-5283 or you may access the USCIS website at www.uscis.gov should you have any further questions or need additional information.

Sincerely,

Paul M. Pierre
Acting Director
NSC/ex052/ms



08 C 1688

COMMITTEE ON
APPROPRIATIONS

SUBCOMMITTEE ON
AGRICULTURE, RURAL DEVELOPMENT,
FOOD AND DRUG ADMINISTRATION,
AND RELATED AGENCIES

VICE CHAIRMAN

SUBCOMMITTEE ON
THE DEPARTMENT OF
HOMELAND SECURITY

SUBCOMMITTEE ON
SCIENCE, THE DEPARTMENTS OF
STATE, JUSTICE, AND COMMERCE,
AND RELATED AGENCIES

PERMANENT SELECT
COMMITTEE ON
INTELLIGENCE

VICE CHAIRMAN

## CONGRESSMAN RAY LAHOOD

18TH DISTRICT, ILLINOIS

October 13, 2006

Mr. Ali Farooq
11014 N. Serene Blvd
Dunlap, IL 61525

Dear Ali:

In response to my inquiry, the following information from the Chicago office of the US Citizenship and Immigration Services (USCIS) was received regarding the status of your Application for Adjustment of Status (Form I-485).

According to the USCIS, your background investigation, conducted by the FBI, has not yet been completed. USCIS may not proceed with adjudication of your application until the FBI completes their process and the USCIS records are updated with the results. Every case pending a background investigation is checked weekly for results. USCIS is allowed to resubmit names to the FBI, if the background investigation has not cleared within 90 days. Due of the volume of this type of inquiry, I need to allow the process to take its course and give the FBI and USCIS 90 days before making additional inquiries on your behalf. If you have heard nothing further on your case by January 13, 2007, please call me again so I can make additional inquiries on your behalf.

Thank you for the opportunity to have been of assistance to you in this matter.

Sincerely,

Ray LaHood
Member of Congress

RHL/mes

RESPOND TO:

☐ 1424 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-6201
FAX (202) 225-9249

☐ 100 NE MONROE
PEORIA, IL 61602
(309) 671-7027
FAX (309) 671-7309

☐ 3050 MONTVALE DRIVE
SPRINGFIELD, IL 62704
(217) 793-0808
FAX (217) 793-9724

☐ 209 WEST STATE
JACKSONVILLE, IL 62650
PHONE/TTY (217) 245-1431
FAX (217) 243-6852

INTERNET: WWW.HOUSE.GOV/LAHOOD/
PRINTED ON RECYCLED PAPER

JUDGE CONLON
MAGISTRATE JUDGE MASON



U.S. Department of Homeland Security
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

## U.S. Citizenship and Immigration Services

Wednesday, February 7, 2007

ALI FAROOQ
11014 NORTH SERENE BLVD
DUNLAP IL 61525

**08 C 1688**

Dear ALI FAROOQ:

On 01/19/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | LIN-03-121-52050 |
| **Beneficiary (if you filed for someone else):** | FAROOQ, ALI |
| **Your USCIS Account Number (A-number):** | A95889540 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

JUDGE CONLON
MAGISTRATE JUDGE MASON



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

February 15, 2007

MR. ALI FAROOQ
11014 NORTH SERENE BOULEVARD
DUNLAP, IL 61525

Request No.: 1069992- 000
Subject: FAROOQ, ALI

**08 C 1688**

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

JUDGE CONLON
MAGISTRATE JUDGE MASON



Office of the
Citizenship and Immigration Services Ombudsman

U.S. Department of Homeland Security
Mail Stop 1225
Washington, D.C. 20528-1225

February 28, 2007

Mr. Ali Farooq
11014 N Serene Blvd
Dunlap, IL 61525-8727

**08 C 1688**

Dear Mr. Farooq:

Thank you for your recent inquiry regarding your immigration issue.

Upon receipt of your information, the office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman) initiated a formal inquiry with the U.S. Citizenship and Immigration Services (USCIS). USCIS should issue a response to you within forty-five (45) days. If you do not receive a response within this period, please notify our office.

Please be aware that although the office of the CIS Ombudsman collaborates with USCIS, it is an independent entity within the Department of Homeland Security (DHS). The office of the CIS Ombudsman is charged with assisting individuals who experience difficulties with the USCIS benefits process. Additionally, the office of the CIS Ombudsman is dedicated to identifying systemic problems in the immigration benefits process, and to recommending solutions to USCIS. Therefore, the concerns you raised in your letter will be considered as our office develops recommendations to improve USCIS' administrative practices.

Once again, thank you for contacting the office of the CIS Ombudsman, and for giving us the opportunity to serve you.

Sincerely,

Prakash Khatri
Ombudsman

PIK/bh

Email:  cisombudsman@dhs.gov          Web:  http://www.dhs.gov/cisombudsman

JUDGE CONLON
MAGISTRATE JUDGE MASON



COMMITTEE ON
APPROPRIATIONS

SELECT INTELLIGENCE OVERSIGHT PANEL
RANKING MEMBER

SUBCOMMITTEE ON
AGRICULTURE, RURAL DEVELOPMENT,
FOOD AND DRUG ADMINISTRATION,
AND RELATED AGENCIES

SUBCOMMITTEE ON
LEGISLATIVE BRANCH

# CONGRESSMAN RAY LAHOOD

### 18TH DISTRICT, ILLINOIS

May 15, 2007

Mr. Ali Farooq
11014 N. Serene Blvd
Dunlap, IL 61525

Dear Ali:

**08 C 1688**

Thank you for contacting my Peoria office for assistance with your Application to Register Permanent Residence or to Adjust Status (Form I-485). I understand that you have been waiting for a long time to receive a decision on your application.

Representative Lofgren forwarded me the letter you sent to her office about your situation. As you know, I have doing everything possible to assist you in receiving a decision on your I-485 application. Because your application has been pending completion of the mandatory background checks, I recently sent the director of the Nebraska Service Center (NSC) asking that your check be completed and a decision made on your application as soon as possible. I will follow up with the NSC on June 21, 2007.

If you have any questions or concerns in the meantime, please contact Maureen Schlicksup in my Peoria office at the number listed below.

Sincerely,



Ray LaHood
Member of Congress

RHL/mes

RESPOND TO:

☐ 1424 LONGWORTH HOUSE OFFICE BUILDING
   WASHINGTON, DC 20515
   (202) 225-6201
   FAX (202) 225-9249

☑ 100 NE MONROE
   PEORIA, IL 61602
   (309) 671-7027
   FAX (309) 671-7309

☐ 3050 MONTVALE DRIVE
   SPRINGFIELD, IL 62704
   (217) 793-0808
   FAX (217) 793-9724

☐ 209 WEST STATE
   JACKSONVILLE, IL 62650
   PHONE/TTY (217) 245-1431
   FAX (217) 243-8852

INTERNET: WWW.HOUSE.GOV/LAHOOD/
PRINTED ON RECYCLED PAPER

JUDGE CONLON
MAGISTRATE JUDGE MASON



COMMITTEE ON
APPROPRIATIONS

SELECT INTELLIGENCE OVERSIGHT PANEL
RANKING MEMBER

SUBCOMMITTEE ON
AGRICULTURE, RURAL DEVELOPMENT,
FOOD AND DRUG ADMINISTRATION,
AND RELATED AGENCIES

SUBCOMMITTEE ON
LEGISLATIVE BRANCH

**08 C 1688**

# CONGRESSMAN RAY LAHOOD

## 18TH DISTRICT, ILLINOIS

September 4, 2007

Mr. Ali Farooq
11014 N. Serene Blvd
Dunlap, IL 61525

Dear Ali:

In response to my inquiry, the following information from the US Citizenship and Immigration Services (USCIS) Nebraska Service Center (NSC) was received regarding the status of your Application to Register Permanent Residence or to Adjust Status (Form I-485).

According to the NSC, your application is still pending completion of the background check conducted by the Federal Bureau of Investigations (FBI). I have attached a copy of their response for your reference. Each week the FBI completes 62,000 name checks while the USCIS submits 27,000 new requests weekly. I will make another inquiry on your behalf on December 4, 2007.

If you have any questions or concerns in the meantime, please contact Maureen Schlicksup in my Peoria office at the number listed below.

Sincerely,

Ray LaHood
Member of Congress

RHL/mes

Enclosure

RESPOND TO:

☐ 1424 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-6201
FAX (202) 225-9249

☑ 100 NE MONROE
PEORIA, IL 61602
(309) 671-7027
FAX (309) 671-7309

☐ 3050 MONTVALE DRIVE
SPRINGFIELD, IL 62704
(217) 793-0808
FAX (217) 793-9724

☐ 209 WEST STATE
JACKSONVILLE, IL 62650
PHONE/TTY (217) 245-1431
FAX (217) 243-6852

INTERNET: WWW.HOUSE.GOV/LAHOOD/

PRINTED ON RECYCLED PAPER

JUDGE CONLON
MAGISTRATE JUDGE MASON

COMMITTEE ON
APPROPRIATIONS

SELECT INTELLIGENCE OVERSIGHT PANEL
RANKING MEMBER

SUBCOMMITTEE ON
AGRICULTURE, RURAL DEVELOPMENT,
FOOD AND DRUG ADMINISTRATION,
AND RELATED AGENCIES

SUBCOMMITTEE ON
LEGISLATIVE BRANCH



# CONGRESSMAN RAY LAHOOD
## 18TH DISTRICT, ILLINOIS

December 6, 2007

Mr. Ali Farooq
11014 N. Serene Blvd
Dunlap, IL 61525

**08 C 1688**

Dear Ali:

　　Thank you for contacting my Peoria office for assistance with your Application to Register Permanent Residence or to Adjust Status (Form I-485).

　　According to the Federal Bureau of Investigation (FBI), they received your name check request from the U.S. Citizenship and Immigration Services (USCIS) on March 20, 2003. It is still being processed.

　　If you have any questions or concerns in the meantime, please contact Maureen Schlicksup in my Peoria office at the number listed below.

Sincerely,

Ray LaHood
Member of Congress

RHL/mes

---

RESPOND TO:

☐ 1424 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-6201
FAX (202) 225-9249

☑ 100 NE MONROE
PEORIA, IL 61602
(309) 671-7027
FAX (309) 671-7309

☐ 3050 MONTVALE DRIVE
SPRINGFIELD, IL 62704
(217) 793-0808
FAX (217) 793-9724

☐ 209 WEST STATE
JACKSONVILLE, IL 62650
PHONE/TTY (217) 245-1431
FAX (217) 243-6852

INTERNET: WWW.HOUSE.GOV/LAHOOD/
PRINTED ON RECYCLED PAPER

JUDGE CONLON
MAGISTRATE JUDGE MASON



COMMITTEE ON
APPROPRIATIONS

SELECT INTELLIGENCE OVERSIGHT PANEL
RANKING MEMBER

SUBCOMMITTEE ON
AGRICULTURE, RURAL DEVELOPMENT,
FOOD AND DRUG ADMINISTRATION,
AND RELATED AGENCIES

SUBCOMMITTEE ON
LEGISLATIVE BRANCH

# CONGRESSMAN RAY LAHOOD
## 18TH DISTRICT, ILLINOIS

December 14, 2007

**08 C 1688**

Mr. Ali Farooq
11014 N. Serene Blvd
Dunlap, IL 61525

Dear Ali:

In response to my inquiry, the following information from the US Citizenship and Immigration Services (USCIS) Nebraska Service Center (NSC) was received regarding the status of your Application to Register Permanent Residence or to Adjust Status (Form I-485).

According to the NSC, your background check conducted by the Federal Bureau of Investigations (FBI) is still pending. I will make another inquiry on your behalf on January 14, 2008.

If you have any questions or concerns in the meantime, please contact Maureen Schlicksup in my Peoria office at the number listed below.

Sincerely,

Ray LaHood
Member of Congress

RHL/mes

RESPOND TO:

☐ 1424 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-6201
FAX (202) 225-9249

☑ 100 NE MONROE
PEORIA, IL 61602
(309) 671-7027
FAX (309) 671-7309

☐ 3050 MONTVALE DRIVE
SPRINGFIELD, IL 62704
(217) 793-0808
FAX (217) 793-9724

☐ 209 WEST STATE
JACKSONVILLE, IL 62650
PHONE/TTY (217) 245-1431
FAX (217) 243-8852

INTERNET: WWW.HOUSE.GOV/LAHOOD/

PRINTED ON RECYCLED PAPER

JUDGE CONLON
MAGISTRATE JUDGE MASON

COMMITTEE ON
APPROPRIATIONS

SELECT INTELLIGENCE OVERSIGHT PANEL
RANKING MEMBER

SUBCOMMITTEE ON
AGRICULTURE, RURAL DEVELOPMENT,
FOOD AND DRUG ADMINISTRATION,
AND RELATED AGENCIES

SUBCOMMITTEE ON
LEGISLATIVE BRANCH



# CONGRESSMAN RAY LAHOOD
## 18TH DISTRICT, ILLINOIS
February 26, 2008

**08 C 1688**

Mr. Ali Farooq
11014 N. Serene Blvd
Dunlap, IL 61525

Dear Ali:

Thank you for contacting my Peoria office for assistance with your Application to Register Permanent Residence or to Adjust Status (Form I-485).

According to the Federal Bureau of Investigation (FBI), your name check was completed on January 25, 2008. The results were forwarded to the United States Citizenship and Immigration Services (USCIS) Headquarters in Washington, D.C. I will make an inquiry with USCIS on March 26, 2008.

If you have any questions or concerns in the meantime, please contact Maureen Schlicksup in my Peoria office at the number listed below.

Sincerely,

Ray LaHood
Member of Congress

RHL/mes

RESPOND TO:

☐ 1424 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-6201
FAX (202) 225-9249

☑ 100 NE MONROE
PEORIA, IL 61602
(309) 671-7027
FAX (309) 671-7309

☐ 3050 MONTVALE DRIVE
SPRINGFIELD, IL 62704
(217) 793-0808
FAX (217) 793-9724

☐ 209 WEST STATE
JACKSONVILLE, IL 6265
PHONE/TTY (217) 245-
FAX (217) 243-6852

INTERNET: WWW.HOUSE.GOV/LAHOOD/
PRINTED ON RECYCLED PAPER

**JUDGE CONLON
MAGISTRATE JUDGE MASON**