**08 C 1688**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

MJC

**FILED**
**MARCH 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of                                    Case Number:

ALI FAROOQ and NABIHA FAROOQ,
v.

RUTH DOROCHOFF, Chicago District Director, U.S. Citizenship & Immigration Services, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALI FAROOQ and NABIHA FAROOQ

| | |
|---|---|
| NAME (Type or print) | |
| Taiyyeba Safri | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Taiyyeba Safri | |
| FIRM | |
| AzulaySeiden Law Group | |
| STREET ADDRESS | |
| 205 N. Michigan Avenue, 40th floor | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6288568, 37123 | 312.832.9200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

**JUDGE CONLON**
**MAGISTRATE JUDGE MASON**