## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1688   Assigned/Issued By: j. n.

Judge Name: CONLON   Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other ____
☐ $455.00

Number of Service Copies ____   Date: ____

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 2634333

Date Payment Rec'd: 3-21-08   Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
  *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
☐ Writ ____   ☐ Other ____
  (Type of Writ)   (Type of issuance)

6 Original and 0 copies on 3-24-08 as to PATRICK FITZGERALD;
(Date)
RUTH DOROCHOFF; MICHAEL CHERTOFF; ALBERTO GONZALEZ; MICHAEL
MUKASEY; GERARD HEINAUER