AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

ALI FAROOQ and NABIHA FAROOQ

V.

RUTH DOROCHOFF, Chicago District Director, U.S. Citizenship & Immigration Services, et al.

CASE NUMBER: **08 C 1688**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE CONLON**
**MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Michael Chertoff
Office of General Counsel
US Dept of Homeland Security
425 Murray Dr., Building 410
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Taiyyeba Safri
AzulaySeiden Law Group
205 N. Michigan Ave.
40th Floor
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*[signature]*

(By) DEPUTY CLERK

March 24, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/24/2008 |
| NAME OF SERVER (PRINT) Taiyyeba Sufri | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): to Michael Chertoff via Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/2008
              Date              Signature of Server

Address of Server  AZULAYSEIDEN LAW GROUP
205 N. Michigan Avenue
40th Floor
Chicago, Illinois 60601
ph. 312.832.9200
www.azulayseiden.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7001 0360 0000 0309 9800
Status: Delivered

Your item was delivered at 7:33 AM on March 28, 2008 in WASHINGTON, DC 20528.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Sent To: Michael Chertoff
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4

PS Form 3800, January 2001    See Reverse for Instructions

Label: 7001 0360 0000 0309 9800