In the UNITED STATES DISTRICT COURT
For the NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALI FAROOQ and NABIHA FAROOQ,<br><br>Plaintiffs,<br><br>v.<br><br>RUTH DOROCHOFF, Chicago District Director, U.S. Citizenship & Immigration Services; MICHAEL CHERTOFF, Secretary of Homeland Security; GERARD HEINAUER, Director of the Nebraska Service Center for the United States Citizenship & Immigration Services; EMILIO T. GONZALEZ, Director of the United States Citizenship & Immigration Services; MICHAEL B. MUKASEY, Attorney General of the United States,<br><br>Defendants. | Judge Conlon<br><br>Magistrate Judge Mason<br><br>Case No. 08 C 1688<br><br>Civil Action |

**MOTION TO DISMISS**
**Complaint for Writ of Mandamus**

NOW COME Plaintiffs, ALI FAROOQ ("Farooq") and NABIHA FAROOQ ('collectively "the Farooqs"), by and through their attorneys, AZULAYSEIDEN LAW GROUP, and request the Court to dismiss the pending action for the following reasons:

1. On March 21, 2008, Plaintiffs filed a Complaint for Writ of Mandamus with this Court alleging that Defendants had not conformed to their duty to compel action on Plaintiffs' I-485 Applications for Adjustment of Status ("I-485") properly filed with the U.S. Citizenship and Immigration Services ("USCIS").

2. At the status hearing on Monday, May 5, 2008, the case was reset for another status hearing on June 16, 2008.

3. On May 5, 2008, the USCIS acted on the case by approving the Farooqs' I-485 applications (see Exhibit 1, Welcome Notices).

4. On May 12, 2008, the Farooqs received their Permanent Resident Alien cards.

5. That the underlying reason for filing this complaint is now moot.

THEREFORE, Plaintiff requests that the Complaint for Writ of Mandamus filed in this matter be dismissed.

Respectfully submitted,

s/Taiyyeba Safri
Taiyyeba Safri
AZULAYSEIDEN LAW GROUP
Counsel for Plaintiff
205 North Michigan Avenue, 40th Floor
Chicago, Illinois 60601
312.832.9200

2