# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1688 | **DATE** | 6/17/2008 |
| **CASE TITLE** | ALI FAROOQ, ET AL vs. RUTH DOROCHOFF, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion to dismiss [14] is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|